# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | | |
|---|---|---|
| **DARLETTE YVONNE HENDERSON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Case No. CV 15-6333 AJW** |
| | ) | |
| **v.** | ) | |
| | ) | **J U D G M E N T** |
| **NANCY A. BERRYHILL,** | ) | |
| **Acting Commissioner of Social Security,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**IT IS ADJUDGED** that this action is dismissed with prejudice.

April 27, 2017

_____
ANDREW J. WISTRICH
United States Magistrate Judge